UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:**<br>Kevin G & Patricia L. Ford ,<br><br>            Debtors.<br>_____/ | **FILE NO:** GK 19-02708<br>**CHAPTER 13**<br>**HON.** John T. Gregg<br>Filed:6/21/19 |

**<u>ORDER APPROVING MOTION TO SELL 710 North Church Street, Kalamazoo, MI 49007</u>**

That Notice and Opportunity to Object and **Motion to Sell 710 North Church Street, Kalamazoo, MI 49007** were served on the matrix on **July 1, 2022** and no written objections were received within 21 days of the date of service of the Notice;

IT IS THEREFORE ORDERED that the **Motion to Sell Motion to Sell 710 North Church Street, Kalamazoo, MI 49007** to **Kiarah Steele** described as follows:

> **Lot(s)- The North 4 Rods of the South 8 Rods of Lot 8, Block 46 of T.C. SHELDON'S ADDITION, according to the Plat thereof Recorded in Liber 3 Plats, page(s) 16 of Kalamazoo County Records.**
>
> **# 06-15-163-008**

is approved with the following terms:

1. Debtors do not seek authority to sell free and clear as the secured creditor, Lake Michigan Credit Union will be paid in full at closing and a title company will be involved.

2. Lake Michigan Credit Union, will be paid in full, approximately $40,000.00, at closing.

3.  Debtors has sent in funds of $3600.00 directly to the Trustee to payoff the Chapter 13 so no funds will be sent to the Chapter 13 Trustee at closing. The Title company will send a closing statement directly to the Trustee.

4.  All remaining funds will be disbursed to directly to the Debtors at the time of closing.

5.  Pursuant to Rule 6004(h), Debtors requests a waiver of from the required 14 day rule since the matrix has been notified.

Prepared by :
Kerry Hettinger
4341 S. Westnedge Ave, Ste 1200
Kalamazoo, MI 49008
269-344-0700

END OF ORDER

Signed: July 27, 2022




John T. Gregg
United States Bankruptcy Judge